# CASE ANNOUNCEMENTS

*March 11, 2008*

[Cite as *03/11/2008 Case Announcements*, 2008-Ohio-1033.]

## MOTION AND PROCEDURAL RULINGS

**2008–0304. Safeco Ins. Co. of Am. v. Fed. Ins. Co.**
Hamilton App. No. C–070074, 2007-Ohio-7068. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellees' motion to strike the notice of pending application for reconsideration of a motion to certify a conflict,
    It is ordered by the court that the motion is denied as moot.

# CASE ANNOUNCEMENTS

*March 12, 2008*

[Cite as *03/12/2008 Case Announcements*, 2008-Ohio-969.]

## MERIT DECISIONS WITHOUT OPINIONS

**2007–2357. State ex rel. Martin v. Fuerst.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2372. State ex rel. Gillman v. Parrott.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2419. State ex rel. Huffman v. Moody.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2455. State ex rel. Taylor v. Campbell.**
In Mandamus. On respondent's motion to dismiss and relator's motion for leave to amend case caption. Motion to dismiss granted. Motion for leave to amend case caption denied as moot. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2457. State ex rel. Odd v. Lioi.**
In Mandamus. On respondent's motion to dismiss and relator's motion of notice of bias. Motion to dismiss granted. Motion of notice of bias denied. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–0022. State ex rel. Bozsik v. Slaby.**
In Mandamus. On respondents' motion to dismiss and relator's motion for leave to amend complaint. Motion to dismiss granted. Motion for leave to amend complaint denied as moot. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.